UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARION TYRONE SPEARS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 2:26-cv-03956-JHC

**ORDER**

This matter comes before the Court sua sponte. On October 16, 2026, the Court informed Plaintiff of filing deficiencies, including failure to pay a filing fee and include a civil cover sheet. Dkt. # 2. Plaintiff had until November 16, 2026, to correct these deficiencies but has not done so. Also on October 16, 2026, the Court informed Plaintiff of another filing deficiency regarding a missing/improper signature in the complaint and stated a corrected signature page must be filed by October 30, 2026. Dkt. # 3. Plaintiff has not filed a corrected signature page. In both its notices of filing deficiencies, the Court told Plaintiff that the case may be dismissed if the deficiencies were not cured within the required period. Accordingly, the Court dismisses this matter without prejudice.

DATED this 18th day of November, 2026.

John H. Chun
United States District Judge